IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant CoreCivic, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Dkt. #17) is GRANTED. Defendant CoreCivic, Inc. shall answer or otherwise respond to Plaintiff's Complaint (Dkt. #1) on or before July 7, 2021.

Date: June 25, 2021