IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

      Plaintiff,

v.

ALLAN BLANCO, in his individual capacity;
JONATHAN TOPPER, in his individual capacity; and
CORECIVIC, INC., a corporation,

      Defendants.

_____

**JOINT STIPULATED MOTION FOR PROTECTIVE ORDER**
with proposed Protective Order

_____

Plaintiff and Defendants, by and through their respective counsel, pursuant to Fed. R. Civ. P. 26(c), hereby submit this Joint Stipulated Motion for Protective Order, as follows:

1. Certain documents of the Defendants that may be requested and produced in this matter, may contain certain policy, procedure and operations information as to which Defendants have proprietary, security, and other confidential interests.

2. Due to the nature of the Plaintiff's claims and requested damages, certain documents of Plaintiff that may be requested and produced in this matter contain personal, confidential, and/or medical information protected under constitutional or statutory provisions or under common law privacy interests.

3. Nothing contained in this Motion should be construed as an acknowledgment by the Plaintiff or the Defendants that any specific information that could

fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

4.      The parties respectfully request the accompanying Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all of the foregoing reasons, Plaintiff and Defendants respectfully request this Court enter the attached Protective Order as an attached Order of this Court.

Dated this 16th day of July, 2021.   Respectfully Submitted,

s/Nicholas A. Lutz
Siddhartha H. Rathod, Esq.
Nicholas A. Lutz, Esq.
Rathod Mohamedbhai, LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
Tel: (303) 578-4400
sr@rmlawyers.com
nl@rmlawysers.com


**ATTORNEYS FOR PLAINTIFF**

s/ Michael Fox
Michael Fox, Esq.
Kalamaya Goscha, LLC
202 8th Street, Suite 1
Glenwood Springs, CO 81621
Tel: (970) 360-9644
michael@kalamaya.law

**ATTORNEY FOR PLAINTIFF**

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
ringela@hallevans.com
ratnerm@hallevans.com

**ATTORNEYS FOR
DEFENDANTS**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 16th day of July 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Siddhartha H. Rathod, Esq.
sr@rmlawyers.com

Nicholas A. Lutz, Esq.
nl@rmlawyers.com

Michael A. Fox, Esq.
michael@kalamaya.law

*s/ Nicole Marion*
Hall & Evans, L.L.C.

4