IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Stipulated Motion for Protective Order (Dkt. #28) is GRANTED finding good cause shown. The proposed Protective Order (Dkt. #28) is APPROVED and made an Order of Court.

Date: July 16, 2021