IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant CoreCivic, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production (Dkt. #32) is GRANTED. Defendant CoreCivic, Inc. shall have up to and including September 17, 2021, to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production

Date: September 10, 2021