IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Amended Second Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and First Requests for Production to Defendant CoreCivic, Inc. (Dkt. #36) is GRANTED. Defendant CoreCivic, Inc. shall have up to and including September 24, 2021 to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

It is further ORDERED that Defendant's motion at Dkt. #35 is DENIED as moot.

Date: September 17, 2021