IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Dkt. #39) is GRANTED finding good cause shown. The Scheduling Order (Dkt. #21) is AMENDED to extend the expert disclosure deadline to November 29, 2021, and the rebuttal expert disclosure deadline to January 8, 2022.

Date: October 22, 2021