IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion for Temporary Stay Pending Mediation (Dkt. #42) is GRANTED. The Court finds that a temporary stay is appropriate under the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006) (unpublished). Most importantly, the Court finds that the parties will not be prejudiced or burdened by a stay. Further, while the Court typically discourages stays, the Court acknowledges the efficiency and fairness of delaying the proceedings temporarily as requested by the parties. In addition, the Court finds that there are no interested non-parties and the public's only interest in this case is its interest in the just and efficient resolution of all cases pending before the Court. Accordingly, it is further ORDERED that this case is STAYED up to and including February 3, 2022. The stay will automatically lift on February 4, 2022, unless extended by Court order. It is further ORDERED that on or before February 4, 2022, the parties shall file either (1) a notice of settlement, (2) a status report, or (3) a motion requesting extension of the temporary stay.

It is further ORDERED that the Status Conference set for November 17, 2021 at 9:30 a.m. is VACATED.

Date: November 9, 2021