IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

Plaintiff,

v.

ALLAN BLANCO; in his individual capacity;
JONATHAN TOPPER; in his individual capacity;
CORECIVIC, INC., a corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the Notice of Settlement (Dkt. #45), it is hereby ORDERED that dismissal papers are due on or before March 7, 2022.

Date: February 3, 2022