IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

    Plaintiff,

v.

ALLAN BLANCO, in his individual capacity;
JONATHAN TOPPER, in his individual capacity; and
CORECIVIC, INC., a corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Plaintiff Joshua Morrell and Defendants Allan Blanco, Jonathan Topper, and CoreCivic, Inc. have filed a Joint Stipulated Motion to Dismiss With Prejudice. After careful review of the Joint Stipulated Motion and the file, the Court has concluded that the Joint Stipulated Motion should be approved and the Plaintiff's claims against Defendants should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1.    That the Joint Stipulated Motion to Dismiss With Prejudice is APPROVED;

2.    That Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees; and

3.    The Clerk is directed to close this matter.

2

Dated this _____ day of February, 2022.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge