**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-cv-01093-RM-NRN

JOSHUA MORRELL,

 Plaintiff,

v.

ALLAN BLANCO, in his individual capacity;
JONATHAN TOPPER, in his individual capacity; and
CORECIVIC, INC., a corporation,

 Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Joint Stipulated Motion to Dismiss With

Prejudice (ECF No. 47).  The Court, having reviewed the Motion and being fully advised, hereby

ORDERS AS FOLLOWS:

The Motion is GRANTED.  The above-captioned matter is DISMISSED WITH

PREJUDICE.  Each party shall pay his or its own costs and attorneys' fees; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the

Court is directed to close this case.

DATED this 18th day of February, 2022.

       BY THE COURT:

       _____
       RAYMOND P. MOORE
       United States District Judge